

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:14 MC 00010 SAB |
| ARMANDO CHAVEZ | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum  ☒ Ad Testificandum

Name of Detainee: ARMANDO CHAVEZ
Detained at: Kern County Central Receiving Facility
Detainee is:
 a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: _____
 or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) ☒ return to the custody of detaining facility upon termination of proceedings
 or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary [FORTHWITH] or **Thursday, March 13, 2014 at 9:00 a.m.** *in the Eastern District of California.*

Signature: */s/ Brian K. Delaney*
Printed Name & Phone No: Brian K. Delaney / 661-852-2470
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum  ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [FORTHWITH] or [**on Thursday, March 13, 2014 at 9:00 a.m.**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 2/20/14

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2058719 | DOB: | |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____

(signature)